KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN138549)
Chief, Criminal Division

DANA R. WAGNER (CABN 209099)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7071
    Facsimile: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00710 WHA |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| KATHERINE ELIZABETH PAIZ and LUIS ALBERTO GONZALEZ, | |
| Defendants. | |

    With the agreement of the parties in open court on December 7, 2006, the Court set the next appearance in this matter for January 9, 2007. The Court also stated that it would exclude time between December 7, 2006, and January 9, 2007, from the calculation of time under the Speedy Trial Act. The parties agreed, and continue to agree, that the ends of justice are served by the Court excluding that time. Specifically, the period from December 7, 2006, to January 9, 2007, is necessary to guarantee continuity of counsel for all parties, and to allow them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice served by excluding this time

S TIP. AND [P ROPOSED ] O RDER
CR 06-00710 WHA

from calculation under the Speedy Trial Act outweigh the best interest of the public and the Defendants in a speedy trial, in accordance with Title 18, § 3161(h)(8)(A).

SO STIPULATED:

Dated: December 7, 2006          /S/
DANA R. WAGNER
Assistant United States Attorney

Dated: December 8, 2006          /S/
DANIEL P. BLANK
Attorney for Defendant Luis Gonzalez

Dated December 8, 2006          /S/
NINA WILDER
Attorney for Defendant Katherine Gonzalez
(nee Paiz)

For the reasons set forth above, the Court finds and holds that the ends of justice served by excluding the time from December 7, 2006, to January 9, 2007, outweigh the best interests of the public and the Defendants in the rights set forth under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(A). IT IS THEREFORE ORDERED that the time from December 7, 2006, to January 9, 2007, shall be excluded for the purposes of computing time under that Act.

IT IS SO ORDERED:

Dated: December 11, 2006

WILLIAM H. ALSUP
United States District Judge

STIP. AND [PROPOSED] ORDER
CR 06-00710 WHA          2