```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  DANIEL P. BLANK
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA  94102
 4  Telephone:  (415) 436-7700

 5  Counsel for Defendant GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 06-0710 WHA |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO SUPPRESS |
| KATHERINE ELIZABETH PAIZ and LUIS ALBERTO GONZALEZ, | ) | |
| Defendants. | ) | |

   The parties in the above-captioned matter are currently scheduled to appear before the Court for status and setting on January 9, 2007, at 2:00 p.m.  However, Defendant Luis Alberto Gonzalez is presently in state custody in Martinez, California, and has a conflicting state court appearance.  Accordingly, the parties respectfully submit this stipulation and proposed order on a briefing schedule for the motion of Mr. Gonzalez to suppress statements for the Court's consideration in lieu of the appearance on January 9.  The briefing schedule would proceed as follows:  the appearance on January 9, 2007, to be vacated; opening memorandum to be filed January 23, 2007; opposition memorandum to be filed February 20, 2007; reply memorandum to be filed March 20, 2007; hearing on April 3, 2007, at 2:00 p.m.  The reason for the extended briefing schedule is to accommodate the trial schedule of undersigned counsel for Mr. Gonzalez who will be

1  litigating an eight-week murder trial in San Jose starting January 23, 2007.  The parties further
2  stipulate that time should be excluded through April 3 as to Mr. Gonzalez due to the pendency of the
3  motion under 18 U.S.C. § 3161(h)(1)(J), as well as continuity of defense counsel under 18 U.S.C.
4  § 3161(h)(8)(B)(iv), and as to Ms. Paiz, who is joined with Mr. Gonzalez for trial, under 18 U.S.C.
5  § 3161(h)(6).
6  IT IS SO STIPULATED.

7          KEVIN V. RYAN
        United States Attorney

9  DATED: January 4, 2007        /S/
10         DANA WAGNER
        Assistant United States Attorney

12 DATED: January 4, 2007        /S/
        DANIEL P. BLANK
13         Assistant Federal Public Defender
        Attorney for Luis Gonzalez

15 DATED: January 4, 2007        /S/
        NINA WILDER
16         Attorney for Katharine Elizabeth Paiz

18 IT IS SO ORDERED.

19 DATED: January 8, 2007

20         WILLIAM H. ALSUP
        United States District Judge

STIP. & ~~PROP.~~ ORDER EXCL. TIME    - 2 -