| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN138549)<br>Chief, Criminal Division |
| 4 | DANA R. WAGNER (CABN 209099)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7071 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 06-00710 WHA |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO EXCLUDE TIME UNDER |
| | ) | SPEEDY TRIAL ACT |
| KATHERINE ELIZABETH PAIZ and<br>LUIS ALBERTO GONZALEZ, | ) | |
| Defendants. | ) | |
| _____ | ) | |

With the agreement of the parties in open court on April 10, 2007, the Court set a trial date for this matter of August 13, 2007, and set the pretrial conference for July 23, 2007. The Court also stated that it would exclude time between April 10, 2007, and the August 13, 2007 trial date from the calculation of time under the Speedy Trial Act. The parties agreed, and continue to agree, that the ends of justice are served by the Court excluding that time. Specifically, the period from April 10, 2007, to August 13, 2007, is necessary to guarantee continuity of counsel for all parties, and to accommodate Defendant Katherine Elizabeth Gonzalez (nee Paiz), whose pregnancy will render her unavailable during much of that time. Exclusion of time is therefore warranted under 18 U.S.C. § 3161(h)(8)(B)(iv), § 3161(h)(3)(A),

STIP. AND [PROPOSED] ORDER
CR 06-00710 WHA

1 and § 3161(h)(4). In addition, exclusion is also warranted because the period is necessary to
2 allow the parties the reasonable time necessary for effective preparation for trial, taking into
3 account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice
4 served by excluding this time from calculation under the Speedy Trial Act outweigh the best
5 interest of the public and the Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).
6 SO STIPULATED:

8 Dated: April 11, 2007  _____/S/_____
   DANA R. WAGNER
9  Assistant United States Attorney

11
12 Dated: April 11, 2007  _____
   DANIEL P. BLANK
   Attorney for Defendant Luis Gonzalez
13

15 Dated April 11, 2007  _____
   NINA WILDER
16  Attorney for Defendant Katherine Gonzalez
   (nee Paiz)
17

19  For the reasons set forth above, the Court finds and holds that the ends of justice
20 served by excluding the time from April 10, 2007, to August 13, 2007, outweigh the best
21 interests of the public and the Defendants in the rights set forth under the Speedy Trial Act. *See*
22 18 U.S.C. § 3161(h)(A). IT IS THEREFORE ORDERED that the time from April 10, 2007, to
23 August 13, 2007, shall be excluded for the purposes of computing time under that Act.
24 IT IS SO ORDERED:

27 Dated:_____  _____
   WILLIAM H. ALSUP
28  United States District Judge

STIP. AND [PROPOSED] ORDER
CR 06-00710 WHA                 2

1  and § 3161(h)(4). In addition, exclusion is also warranted because the period is necessary to
2  allow the parties the reasonable time necessary for effective preparation for trial, taking into
3  account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice
4  served by excluding this time from calculation under the Speedy Trial Act outweigh the best
5  interest of the public and the Defendants in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
6  SO STIPULATED:
7
8  Dated: April 11, 2007
9                                                            DANA R. WAGNER
                                                              Assistant United States Attorney
10
11
12 Dated: April 11, 2007
                                                              DANIEL P. BLANK
13                                                            Attorney for Defendant Luis Gonzalez
14
15 Dated April 11, 2007
                                                              NINA WILDER
16                                                            Attorney for Defendant Katherine Gonzalez
                                                              (nee Paiz)
17
18
19         For the reasons set forth above, the Court finds and holds that the ends of justice
20 served by excluding the time from April 10, 2007, to August 13, 2007, outweigh the best
21 interests of the public and the Defendants in the rights set forth under the Speedy Trial Act. See
22 18 U.S.C. § 3161(h)(A). IT IS THEREFORE ORDERED that the time from April 10, 2007, to
23 August 13, 2007, shall be excluded for the purposes of computing time under that Act.
24 IT IS SO ORDERED:
25
26
27 Dated:_____
                                                              WILLIAM H. ALSUP
28                                                            United States District Judge

STIP. AND [PROPOSED] ORDER
CR 06-00710 WHA                                    2

1 and § 3161(h)(4). In addition, exclusion is also warranted because the period is necessary to
2 allow the parties the reasonable time necessary for effective preparation for trial, taking into
3 account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice
4 served by excluding this time from calculation under the Speedy Trial Act outweigh the best
5 interest of the public and the Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).
6 SO STIPULATED:

8 Dated: April 11, 2007

DANA R. WAGNER
Assistant United States Attorney

12 Dated: April 11, 2007

DANIEL P. BLANK
Attorney for Defendant Luis Gonzalez

15 Dated April 11, 2007

NINA WILDER
Attorney for Defendant Katherine Gonzalez
(nee Paiz)

19    For the reasons set forth above, the Court finds and holds that the ends of justice
20 served by excluding the time from April 10, 2007, to August 13, 2007, outweigh the best
21 interests of the public and the Defendants in the rights set forth under the Speedy Trial Act. *See*
22 18 U.S.C. § 3161(h)(A). IT IS THEREFORE ORDERED that the time from April 10, 2007, to
23 August 13, 2007, shall be excluded for the purposes of computing time under that Act.
24 IT IS SO ORDERED:

27 Dated: April 16, 2007

WILLIAM H. ALSUP
United States District Judge

STIP. AND [~~PROPOSED~~] ORDER
CR 06-00710 WHA                    2