IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00710 WHA |
| Plaintiff, | |
| v. | **NOTICE RE TRIAL** |
| KATHERINE ELIZABETH PAIZ; LUIS ALBERTO GONZALEZ, | |
| Defendants. | |

The Court has agreed to take on a long antitrust criminal trial and will need to commence that trial on August 13, 2007, the same day trial in the above-captioned matter is scheduled to begin. The Court requests the cooperation of counsel in postponing our trial to September 24, 2007. The lawyers and parties should appear for a status conference at **2:00 P.M. on JUNE 5, 2007**, or such other time on June 4, 6, or 7 as counsel and the parties can work out with courtroom deputy Dawn Toland.

**IT IS SO ORDERED.**

Dated: May 31, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE