IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE ELIZABETH PAIZ; LUIS ALBERTO GONZALEZ,<br><br>Defendants.<br>_____ / | No. CR 06-00710 WHA<br><br>**TENTATIVE ORDER AND ORDER TO SHOW CAUSE** |

Upon reconsideration of the order dated July 24, 2007, the Court finds good cause exists to allow a severance. It appears definite that Mr. Gonzalez would supply testimony from which the jury could conclude that Ms. Paiz was genuinely surprised to learn that the car had been burned. This is without making a final ruling on the full extent to which the testimony would be admissible. At least some of the evidence, however, would likely be admissible under either Federal Rule of Evidence 803(2) or 803(3).

Of course, this view of the matter is based on the Court's understanding of the law. The Court continues to believe that its statement of the law in the order dated July 24, 2007, is correct, despite the government's new arguments to the contrary.

Because of the seriousness of the arson enhancement to the length of any sentence, the interests of justice counsel in favor of giving Ms. Paiz the opportunity to present this exculpatory testimony. Therefore, the trial of Mr. Gonzalez should begin on September 24, 2007, to be immediately followed by a trial of Ms. Paiz.

This order is tentative and the government is given until **NOON** on **THURSDAY, AUGUST 9, 2007**, to show cause why this order should not be made final.

**IT IS SO ORDERED.**

Dated: August 3, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE