SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LASBN 24421)
ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorneys

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
Email: william.frentzen@usdoj.gov, robert.rees@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06 00710 WHA |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND CONTINUING RULE 29 MOTION HEARING** |
| v. ) | |
| KATHERINE ELIZABETH PAIZ, ) | Hearing Date: November 13, 2007 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Court: Hon. William H. Alsup |

Counsel for the United States and for defendant Paiz had previously agreed to a briefing schedule before this Court on Ms. Paiz's Rule 29 motion to vacate the jury's verdict on Count Four. Pursuant to that schedule, the United States' response was due today, November 6, 2007.

Since setting that briefing schedule, both counsel for the government left the district on business for two Court days on a previously unplanned trip during the time within which the government's response was due. Additionally, both counsel for the government have been involved in multiple motions in a separate case that are being heard tomorrow, the preparation for which was more time consuming than previously anticipated.

Accordingly, the parties have agreed to continue the motions hearing in this case by one week, and have likewise agreed to a modified briefing schedule. The parties jointly propose that the hearing be continued one week from November 13, 2007 at 2:00PM to November 20, 2007 at 2:00PM. The parties also jointly propose that the government will respond with its Opposition on November 13, 2007, and the defense will file any Reply by November 16, 2007.

For the foregoing reasons, and for good cause shown, the parties jointly and respectfully request that the Court adopt the above briefing schedule and to continue the hearing on the defendant's Rule 29 motion by one week.

IT IS SO STIPULATED.

DATED: November 6, 2007

/s
WILLIAM FRENTZEN
ROBERT DAVID REES
Assistant United States Attorneys

DATED: November 6, 2007

/s
NINA WILDER, ESQ.
Attorney for Defendant Paiz

IT IS SO ORDERED.

DATED: November 7, 2007.

HON. WILLIAM H. ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

Stipulation Modifying Briefing Schedule and Continuing Rule 29 Motion Hearing
CR 06 00710 WHA