NINA WILDER (CA SBN No. 100474)
        Law Offices of
**WEINBERG & WILDER**
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703

Attorney for Defendant
KATHERINE ELIZABETH PAIZ
(aka KATHERINE GONZALEZ)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> KATHERINE ELIZABETH PAIZ, ) <br> LUIS ALBERTO GONZALEZ, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR-06-0710-WHA <br><br> STIPULATION TO CONTINUE DEFENDANT PAIZ'S SENTENCING DATE; [proposed] ORDER |

IT IS HEREBY JOINTLY REQUESTED by the parties, through their undersigned attorneys, that the date for sentencing defendant Katherine Elizabeth Paiz shall be continued and specially set, for the reasons stated in the accompanying declaration of counsel, on January 25, 2008 at such time or other date as is convenient to the Court.

Counsel will advise United States Probation that the draft and final presentence reports should be prepared on the original schedule.

IT IS SO STIPULATED.

Dated: November 13, 2007         SCOTT N. SCHOOLS
                                 UNITED STATES ATTORNEY


                                 /s/ Robert D. Rees
                                 Assistant United States Attorney

|     |     |     |
| --- | --- | --- |
| 1   |     | WEINBERG & WILDER |
| 2   |     |     |
| 3   |     | /s/ Nina Wilder |
| 4   |     | NINA WILDER<br>Attorney for Defendant |
| 5   |     | KATHERINE ELIZABETH PAIZ |

IT IS SO ORDERED.



Dated: November 20, 2007.

HONORABLE WILLIAM H. ALSUP
United States District Judge

## **DECLARATION OF COUNSEL**

I, Nina Wilder, state the following:

I am an attorney licensed to practice law in all courts of the State and Northern District of California. I represent defendant Katherine Elizabeth Paiz in the instant matter pursuant to CJA appointment.

On October 9, 2007, the jury returned a verdict of guilty on all counts at the conclusion of Ms. Paiz's trial. This outcome was difficult. When the Court scheduled Ms. Paiz's sentencing on January 8, 2008, I did not focus on the date since it was so far off.

It was several days before I remembered that I was going to be out of the country on that date. On January 8th, I will be in Peru, somewhere between the Amazon and Machu Picchu. I have had reservations to travel to South America, initially to Colombia, since August of this year. All my flights and accommodations have been pre-paid. I will be leaving on December 26th and will be returning on January 13th. I will be back to work the next day. At that point, I would need a minimum of two weeks to review the final presentence report and prepare a timely sentencing memorandum.

I informed Assistant U.S. Attorney Robert Rees of the scheduling problem on about October 15, 2008. Under the time frame established for federal sentencing, the earliest sentencing date after my return would be January 29, 2008.

In light of the circumstances, Mr. Rees had no objection to continuing the sentencing date. However, both Mr. Rees and Assistant U.S. Attorney William Frentzen have a lengthy multi-defendant RICO and murder trial scheduled to begin on January 27, 2008 before Judge Chesney. (*United States v. Hill, et al.*, CR-05-0324-MMH [Page Street Mob].) There was a possibility that this trial would be continued. Mr. Rees could not commit to a new sentencing date for Ms. Paiz without certainty as to his trial schedule.

At the pre-trial hearing last week, the Judge Chesney confirmed the trial date with respect to all-but-one of the defendants in the RICO case. As a result, Mr. Rees believes he will be unavailable for Ms. Paiz's sentencing for an extended period of time once his RICO trial

begins.

Accordingly, the parties agreed to request a special setting, subject to the Court's availability and approval, of Ms. Paiz's sentencing date to January 25, 2008, with the parties' sentencing memoranda due one week earlier.

If the proposed sentencing date is not acceptable for any reason, the parties will be before the Court on November 20, 2007, and the matter can be taken up at that time.

I have conveyed to the Probation Officer assigned to the case that, even if there were a continuance of the sentencing date, we should remain on the original report preparation schedule with respect to the 35-day draft.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge or information.

Executed this 13th day of November, 2007 in the City and County of San Francisco, State of California.

/s/ Nina Wilder
NINA WILDER