NINA WILDER (CA SBN No. 100474)
Law Offices of
**WEINBERG & WILDER**
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorney for Defendant
KATHERINE ELIZABETH PAIZ
(aka KATHERINE GONZALEZ)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0710-WHA |
| Plaintiff, | |
| | **STIPULATION TO MODIFY CONDITIONS OF RELEASE;** [proposed] **ORDER** |
| KATHERINE ELIZABETH PAIZ, | |
| Defendants. | |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, with the consent of U.S. Pretrial Services Officer Richard Sarlatte, that defendant Katherine Paiz may be released from home detention and electronic monitoring for the following two holiday periods:

**December 24, 2007; Christmas Eve, 4-9 p.m.** (plus travel time): to be spent with her family at the home of Ms. Paiz's aunt, Charlene Hicks. 400 Lexington Street, Vallejo. California.

**December 25, 2007, Christmas Day, 5-8 p.m.** (plus travel time): to be spent with her family at the home of Ms. Paiz's aunt, Martha Fogerty, 480 Tennent Avenue, Pinole, California.

Pretrial Services has been provided with contact telephone numbers for Ms. Paiz's aunts.

///

///

1

IT IS SO STIPULATED.

Dated: December 19, 2007

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY


/s/ Robert D. Rees
Assistant United States Attorney

WEINBERG & WILDER


/s/ Nina Wilder
NINA WILDER
Attorney for Defendant
KATHERINE ELIZABETH PAIZ

**IT IS SO ORDERED.**

Dated: December 20, 2007.

HONORABLE WILLIAM H. ALSUP
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*