NINA WILDER (CA SBN No. 100474)
  Law Offices of
WEINBERG & WILDER
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703

Attorney for Defendant
KATHERINE ELIZABETH PAIZ
(aka KATHERINE GONZALEZ)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> KATHERINE ELIZABETH PAIZ, <br><br> Defendants. | No. CR-06-0710-WHA <br><br> **STIPULATION TO MODIFY CONDITIONS OF RELEASE;** ~~[proposed]~~ **ORDER** |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, with the consent of U.S. Pretrial Services Officer Richard Sarlatte, that defendant Katherine Paiz may be released from home detention and electronic monitoring for the following two periods:

**Wednesday, January 16, 2008: 10:00 a.m. - 3:00 p.m.:** to be spent with her grandmother at the home of Ms. Paiz's aunt, Martha Fogerty, 480 Tennent Avenue, Pinole, California. Ms. Paiz will be accompanied by her father, Christopher Paiz.

**Wednesday, January 23, 2008: 10:00 a.m. - 3:00 p.m.:** to be spent with her grandmother at the home of Ms. Paiz's aunt, Martha Fogerty, 480 Tennent Avenue, Pinole, California. Ms. Paiz will be accompanied by her father, Christopher Paiz.

Pretrial Services has been provided with a contact telephone number for Ms. Paiz's aunt.

///

1

IT IS SO STIPULATED.

Dated: January 10, 2008

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

_____
Assistant United States Attorney

WEINBERG & WILDER

/s/ Nina Wilder
_____
NINA WILDER
Attorney for Defendant
KATHERINE ELIZABETH PAIZ

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

(CR-06-0710-WHA)

2

IT IS SO STIPULATED.

Dated: January 10, 2008

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

_____
Assistant United States Attorney

WEINBERG & WILDER

/s/ Nina Wilder
NINA WILDER
Attorney for Defendant
KATHERINE ELIZABETH PAIZ

**IT IS SO ORDERED.**

Dated: January 17, 2008.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*

(CR-06-0710-WHA)

2