IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KATHERINE PAIZ,

    Defendant.
                                 /

No. CR 06-0710 WHA

**ORDER TO FILE REDACTED SUBMISSION**

       The Ninth Circuit has strict rules *against* sealing. The sensitive matter can be sealed but *only* the sensitive matter. Ms. Wilder must file a public copy of the submission redacting only the sensitive references. The rest must be public. This must be done by **THURSDAY NOON, MARCH 6, 20008**.

       **IT IS SO ORDERED.**

Dated: March 5, 2008.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE