NINA WILDER (CA SBN No. 100474)
Law Offices of
**WEINBERG & WILDER**
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorney for Defendant
KATHERINE ELIZABETH PAIZ
(aka KATHERINE GONZALEZ)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> KATHERINE ELIZABETH PAIZ, ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | **No. CR-06-0710-WHA** <br><br> **STIPULATION TO MODIFY CONDITIONS OF RELEASE;** ~~[proposed]~~ **ORDER** |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, with the consent of U.S. Pretrial Services Officer Richard Sarlatte, that defendant Katherine Paiz may be released from home detention and electronic monitoring on Wednesdays falling between March 19, 2008 and May 7, 2008, from 10:00 a.m. - 3:00 p.m. to be spent with her grandmother, Victoria Paiz, at the home of Ms. Paiz's aunt, Martha Fogerty, 480 Tennent Avenue, Pinole, California. Ms. Paiz will be accompanied by her father, Christopher Paiz.

Ms. Paiz's grandmother is 93 years old and in a wheelchair. Ms. Paiz has always been very close to her grandmother. The length of Ms. Paiz's sentence, as well her grandmother's advanced age and lack of mobility, heightens the importance of these pre-sentencing visits.

Pretrial Services has been provided with a contact telephone number for Ms. Paiz's aunt and has no objection to continuing these visits – up to once a week at Pretrial Services direction –

pending Ms. Paiz's surrender on May 9, 2008.

    IT IS SO STIPULATED.

Dated: March 11, 2008

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY


/s/ Rob Rees
ROB REES
Assistant United States Attorney

WEINBERG & WILDER


/s/ Nina Wilder
NINA WILDER
Attorney for Defendant
KATHERINE ELIZABETH PAIZ

**IT IS SO ORDERED.**

Dated: March 11, 2008.

HONORABLE WILLIAM H. ALSUP
United States District Judge