NINA WILDER (CA SBN No. 100474)
    **Law Offices of**
**WEINBERG & WILDER**
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
Telephone:  (415) 431-3472
Facsimile:   (415) 552-2703

Attorney for Defendant
KATHERINE ELIZABETH PAIZ
(aka KATHERINE GONZALEZ)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>KATHERINE ELIZABETH PAIZ,<br><br>        Defendants. | No. CR-06-0710-WHA<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE;** [proposed] **ORDER** |

  IT IS HEREBY AGREED by the parties, through their undersigned attorneys, with the consent of U.S. Pretrial Services Officer Richard Sarlatte, that defendant Katherine Paiz may be released from home detention and electronic monitoring on Sunday, March 23, 2008 between the hours of 12 pm and 7 pm, including travel time, to spend Easter with her family at the home of her aunt, Martha Fogerty, 480 Tennent Avenue, Pinole.  Because she will see her grandmother on Sunday, Ms. Paiz will not visit her grandmother on Wednesday, March 26, 2008.

  Pretrial Services has been provided with a contact telephone number for Ms. Paiz's aunt.

///

1

1    IT IS SO STIPULATED.

2  Dated: March 19, 2008              JOSEPH P. RUSSONIELLO
                                      UNITED STATES ATTORNEY

3

4

5                                     /s/ Rob Rees
                                      ROBERT REES
6                                     Assistant United States Attorney

7                                     WEINBERG & WILDER

8

9

10                                    /s/ Nina Wilder
                                      NINA WILDER
11                                    Attorney for Defendant
                                      KATHERINE ELIZABETH PAIZ

12

13   **IT IS SO ORDERED.**

14

15

16  Dated: March 21, 2008.           _____
                                     HONORABLE WILLIAM H. ALSUP
17                                   United States District Judge

(CR-06-0710-WHA)                2