Katherine Alfieri, Esq.
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone:     415.337.5100
Facsimile:     415.337.1177


Attorney For Defendant/Appellant
KATHERINE ELIZABETH PAIZ (GONZALEZ)


UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-0710-WHA |
| Plaintiff/Appellee, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE.** |
| KATHERINE PAIZ (GONZALEZ), | |
| Defendant/Appellant. | |

Defendant KATHERINE PAIZ (GONZALEZ), by and through her newly appointed counsel of record Katherine Alfieri, and the United States of America by and through Scott N. Schools, United States Attorney for the Northern District of California, and Robert Rees, Assistant United States Attorney for said District, hereby jointly stipulate and agree that defendant/appellant KATHERINE PAIZ GONZALEZ may be released from home detention and electronic monitoring, although she shall nonetheless remain subject to GPS outside her residence at all

times, on Friday April 18, 2008, Friday April, 25, 2008 and Friday May 2, 2008, between the hours of 9:30 AM and 4:30 PM so that she may visit her husband and co-defendant Luis Gonzalez with their young son at the Glenn Dyer Jail in Oakland, California where he is currently housed pending his designation and transfer to a Bureau of Prisons facility.

Dated:  April 16, 2008                    RESPECTFULLY SUBMITTED:


                                          **Katherine Alfieri**
                                          KATHERINE ALFIERI
                                          Cal. State Bar No. 132536
                                          P.O. Box 460238
                                          San Francisco, CA  94146.0238
                                          Telephone: 415.337.5100
                                          Facsimile: 415.337.1177
                                          E-Mail:    alfierilaw@yahoo.com


                                          SCOTT N. SCHOOLS
                                          United States Attorney

                                          **Robert Rees**
                                          Robert Rees
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          450 Golden Gate Avenue
                                          San Francisco, CA 94102
                                          Telephone:     (415) 436-7200
                                          Facsimile:     (415) 436-7234
                                          E-mail: robert.rees@usdoj.gov

**DECLARATION OF COUNSEL**

I, Katherine Alfieri, declare:

1. I am an attorney duly admitted to practice before this Court and I have been appointed to represent the defendant in this action.

2. I spoke directly to AUSA Robert Rees and he has specifically agreed and stipulated to this modification.

3. I telephoned Pretrial Services Officer Richard Sarlatte and left a message requesting his position on this modification of conditions, but have not received a return call. Prior pleadings indicate that Mr. Sarlatte took no position on an identical prior request.

4. A proposed order accompanies this stipulation.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters, I believe them to be true.

Executed on April 16, 2008 at San Francisco, CA.

<u>Katherine Alfieri</u>
KATHERINE ALFIERI
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone: 415.337.5100
Facsimile: 415.337.1177
E-Mail:    alfierilaw@yahoo.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        CR-06-0710-WHA

    Plaintiff/Appellee

v.

**ORDER**

KATHERINE PAIZ (GONZALEZ),

    Defendant/Appellant

_____/

    GOOD CAUSE HAVING BEEN SHOWN, and upon stipulation of the parties, IT IS HEREBY ORDERED THAT defendant KATHERINE PAIZ (GONZALEZ) may be released from home detention and electronic monitoring on Friday, April 18, 2008, Friday April, 25, 2008 and Friday May 2, 2008, between the hours of 9:30 AM and 4:30 PM so that she may visit her husband and co-defendant Luis Gonzalez with their young son at the Glenn Dyer Jail in Oakland, California.

    Defendant KATHERINE PAIZ GONZALEZ shall remain on GPS outside of her residence at all times.

    IT IS SO ORDERED.

Dated: April 17, 2008.

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge

-4-

**CERTIFICATE OF SERVICE**

I declare that I am employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to this case.  My business address is: PO BOX 460238, San Francisco, CA 94146.

On the date set forth below, I served the following Stipulation, Declaration and Order in the following manner:

XX E-Mail/ECF   ____Overnight Mail   ____Hand Delivery   ____Fax

on the following persons or entities:

Robert Rees, Esq.
Assistant United States Attorney
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102
E-mail: robert.rees@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2008 at San Francisco, CA.

/S/_____
KATHERINE ALFIERI
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone: 415.337.5100
Facsimile: 415.337.1177
E-Mail:   alfierilaw@yahoo.com