Katherine Alfieri, Esq.
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone:       415.337.5100
Facsimile:       415.337.1177


Attorney For Defendant/Appellant
KATHERINE ELIZABETH PAIZ (GONZALEZ)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-0710-WHA |
| Plaintiff/Appellee, | |
| v. | **STIPULATION TO MODIFY** |
| | **CONDITIONS OF RELEASE.** |
| KATHERINE PAIZ (GONZALEZ), | |
| Defendant/Appellant. | |

Defendant KATHERINE PAIZ (GONZALEZ), by and through her appointed counsel of record Katherine Alfieri, and the United States of America by and through Scott N. Schools, United States Attorney for the Northern District of California, and Robert Rees, Assistant United States Attorney for said District, hereby jointly stipulate and agree that defendant/appellant KATHERINE PAIZ GONZALEZ may be released from home detention and electronic monitoring,

although she shall nonetheless remain subject to GPS outside her residence at all times, on Sunday May 4, 2008, between the hours of 8:00 AM and 4:30 PM so that she may visit her husband and co-defendant Luis Gonzalez with their young son at the Dublin Federal Prison where he is currently housed pending his designation and transfer to a Bureau of Prisons facility.

Dated:  May 1, 2008　　　　　　RESPECTFULLY SUBMITTED:

<u>Katherine Alfieri</u>

KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone: 415.337.5100
Facsimile: 415.337.1177
E-M:  alfierilaw@yahoo.com

SCOTT N. SCHOOLS
United States Attorney

<u>Robert Rees</u>

Robert Rees
Assistant U.S. Attorney
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7200
Facsimile:     (415) 436-7234
E-mail: robert.rees@usdoj.gov

Case 3:06-cr-00710-WHA   Document 339   Filed 05/02/08   Page 3 of 6

**DECLARATION OF COUNSEL**

I, Katherine Alfieri, declare:

1. I am an attorney duly admitted to practice before this Court and I have been appointed to represent the defendant in this action.

2. I spoke directly to AUSA Robert Rees and he has specifically agreed and stipulated to this modification.

3. A proposed order accompanies this stipulation.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters, I believe them to be true.

Executed on May 1, 2008 at San Francisco, CA.

*Katherine Alfieri*
KATHERINE ALFIERI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              CR-06-0710-WHA

    Plaintiff/Appellee

v.
                                            **ORDER**

KATHERINE PAIZ (GONZALEZ),

    Defendant/Appellant

_____/

    GOOD CAUSE HAVING BEEN SHOWN, and upon stipulation of the parties, IT IS HEREBY ORDERED THAT defendant KATHERINE PAIZ (GONZALEZ) may be released from home detention and electronic monitoring on Sunday May 4, 2008, between the hours of 8:00 AM and 4:30 PM so that she may visit her husband and co-defendant Luis Gonzalez with their young son at the Dublin Federal Prison, California.

    Defendant KATHERINE PAIZ GONZALEZ shall remain on GPS outside of her residence at all times.

    IT IS SO ORDERED.

Dated: May 2, 2008.

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge

**CERTIFICATE OF SERVICE**

I declare that I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this case. My business address is: PO BOX 460238, San Francisco, CA 94146.

On the date set forth below, I served the following Stipulation, Declaration and Order in the following manner:

<u>XX</u> E-Mail/ECF   ____Overnight Mail   ____Hand Delivery

____Fax

on the following persons or entities:

Robert Rees, Esq.
Assistant United States Attorney
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102
E-mail: robert.rees@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2008 at San Francisco, CA.

<u>/S/</u>_____
KATHERINE ALFIERI