Katherine Alfieri, Esq.
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone:      415.337.5100
Facsimile:      415.337.1177


Attorney For Defendant/Appellant
KATHERINE PAIZ (GONZALEZ)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-0710-WHA |
| Plaintiff/Appellee, | |
| v. | **STIPULATION RE: EXTENSION OF VOLUNTARY SURRENDER DATE AND WITHDRAWAL OF BAIL MOTION.** |
| KATHERINE PAIZ (GONZALEZ), | |
| Defendant/Appellant. | |
| _____/ | |

Defendant KATHERINE PAIZ (GONZALEZ), by and through her appointed counsel of record Katherine Alfieri, and the United States of America by and through Joseph P. Russoniello, United States Attorney for the Northern District of California, and Robert Rees, Assistant United States Attorney for said District, hereby jointly stipulate and agree that:

1.   In order to accommodate the transition of primary caregiver for defendant KATHERINE PAIZ GONZALEZ's infant son from defendant to her sister, Victoria Baccus, defendant's Bureau of Prison's voluntary

-1-

surrender date shall be extended for ninety days from May 9, 2008 to August 8, 2008;

    2.   Further, defendant KATHERINE PAIZ GONZALEZ withdraws her Motion for Bail Pending Appeal and waives her right to file any subsequent Motion for Bail Pending Appeal.

Dated:  May 6, 2008                    RESPECTFULLY SUBMITTED:

<u>Katherine Alfieri</u>
KATHERINE ALFIERI
Cal. State Bar No. 132536
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone: 415.337.5100
Facsimile: 415.337.1177
E-Mail:    alfierilaw@yahoo.com


JOSEPH P. RUSSONIELLO
United States Attorney

<u>Robert Rees</u>
Robert Rees
Assistant United States Attorney
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7200
Facsimile:    (415) 436-7234
E-mail: robert.rees@usdoj.gov

**DECLARATION OF VICTORIA BACCUS**

I, Victoria Baccus, declare:

1. I am the sister of defendant KATHERINE PAIZ (GONZALEZ) and the aunt of her 11-month-old son.

2. My husband, Air Force Staff Sergeant Joel Baccus currently stationed at Hurlburt Field, Florida, and I have agreed to and fully intend to care for my nephew while my sister is incarcerated.

3. Both my husband and myself shall relocate to the Bay Area in order to care for my nephew. Although my husband wasn't scheduled for a transfer until November 2009, under the circumstances the Air Force will permit him to transfer early, if he can find a suitable job opening in the Bay Area.

4. However, despite whether my husband will be able to relocate to the Bay Area in the next 90 days, it is my full intent and commitment to arrive in the Bay Area prior to August 1, 2008 in order to transition into the primary caregiver for my nephew prior to my sister's incarceration and continue that status throughout her incarceration.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters, I believe them to be true.

Executed on May 6, 2008 at Hurlburt Field, Florida.

*Victoria Baccus*
VICTORIA BACCUS

-3-

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　　CR-06-0710-WHA

　　　Plaintiff/Appellee
v.
　　　　　　　　　　　　　　　　　　　**ORDER**
KATHERINE PAIZ (GONZALEZ),

　　　Defendant/Appellant
_____/

　　　GOOD CAUSE HAVING BEEN SHOWN, and upon stipulation of the parties, IT IS HEREBY ORDERED THAT defendant KATHERINE PAIZ (GONZALEZ)'s Bureau of Prison's voluntary surrender date shall be extended from May 9, 2008 to August 8, 2008.

　　　The defendant shall remain on bond subject to the same terms and conditions of release as currently in effect, and shall thereafter surrender to the United States Marshal for this district by noon on August 8, 2008. The appearance bond shall be deemed exonerated upon the surrender of the defendant.

　　　IT IS FURTHER ordered that that defendant KATHERINE PAIZ (GONZALEZ)'s Motion for Bail Pending Appeal is hereby withdrawn.

　　　IT IS SO ORDERED.

Dated: May 7, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　　　United States District Judge