Katherine Alfieri, Esq.
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone:    415.337.5100
Facsimile:    415.337.1177

~filing

Attorney For Defendant/Appellant
KATHERINE ELIZABETH PAIZ (GONZALEZ)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                CR-06-0710-WHA

        Plaintiff/Appellee,

v.                                       **STIPULATION TO MODIFY
                                         CONDITIONS OF RELEASE.**

KATHERINE PAIZ (GONZALEZ),

        Defendant/Appellant.
_____/

        Defendant KATHERINE PAIZ (GONZALEZ), by and through her counsel

of record Katherine Alfieri, and the United States of America by and

through Joseph P. Russoniello, United States Attorney for the

Northern District of California, and Robert Rees, Assistant United

States Attorney for said District, hereby jointly stipulate and agree

that defendant/appellant KATHERINE PAIZ GONZALEZ may be released from

home detention and electronic monitoring, although she shall

nonetheless remain subject to GPS outside her residence at all times,

on each Wednesday beginning May 14, 2008 and ending August 6, 2008,

between the hours of 10:00 AM and 3:00 PM for the purpose of spending

-1-

1  time with her grandmother at the home of her aunt Martha Fogerty, 480

2  Tennent Avenue, Pinole, CA.

3  Dated:  May 9, 2008                    RESPECTFULLY SUBMITTED:

4

5                                         **Katherine Alfieri**
                                          KATHERINE ALFIERI
6                                         Cal. State Bar No.  132536
7                                         P.O. Box 460238
                                          San Francisco, CA   94146.0238
8                                         Telephone: 415.337.5100
9                                         Facsimile: 415.337.1177
                                          E-Mail:    alfierilaw@yahoo.com
10

11                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
12

13                                        **Robert Rees**
                                          Robert Rees
14                                        Assistant United States Attorney
15                                        United States Attorney's Office
                                          450 Golden Gate Avenue
16                                        San Francisco, CA 94102
                                          Telephone:     (415) 436-7200
17                                        Facsimile:     (415) 436-7234
18                                        E-mail: robert.rees@usdoj.gov

19

20

21

22

23

24

25

26

27

28

29

30

**DECLARATION OF COUNSEL**

I, Katherine Alfieri, declare:

1.    I am an attorney duly admitted to practice before this Court and I have been appointed to represent the defendant in this action.

2.    AUSA Robert Rees has specifically agreed and stipulated to this modification.

3.    A proposed order accompanies this stipulation.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters, I believe them to be true.

Executed on May 9, 2008 at San Francisco, CA.


**Katherine Alfieri**
KATHERINE ALFIERI
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone: 415.337.5100
Facsimile: 415.337.1177
E-Mail:    alfierilaw@yahoo.com

-3-

1
2
3

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4
5

UNITED STATES OF AMERICA,                    CR-06-0710-WHA

6          Plaintiff/Appellee
v.

7                                              **ORDER**

KATHERINE PAIZ (GONZALEZ),
8
9          Defendant/Appellant
                                    /
10

11     GOOD CAUSE HAVING BEEN SHOWN, and upon stipulation of the

12 parties, IT IS HEREBY ORDERED THAT defendant KATHERINE PAIZ

13 (GONZALEZ) may be released from home detention and electronic

14 monitoring on each and every Wednesday beginning May 14, 2008 and

15
ending August 6, 2008, between the hours of 10:00 AM and 3:00 PM for
16

17 the purpose of spending time with her grandmother at the home of her

18 aunt Martha Fogerty, 480 Tennent Avenue, Pinole, CA.

19     Defendant KATHERINE PAIZ GONZALEZ shall remain on GPS outside of

20 her residence at all times.
21

22     IT IS SO ORDERED.

23 Dated:  5/12/08

24
                                        _____
25                                      THE HONORABLE WILLIAM H. ALSUP
                                        United States District Judge
26
27
28
29
30

-4-