Katherine Alfieri, Esq.
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone:     415.337.5100
Facsimile:     415.337.1177

Attorney For Defendant/Appellant
KATHERINE PAIZ GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-0710-WHA |
| Plaintiff/Appellee, | Appeal No. 08-10118 |
| v. | |
| KATHERINE PAIZ GONZALEZ, | |
| Defendant/Appellant. | |

**MOTION TO ACCESS AND COPY ALL SEALED DOCUMENTS AND OBTAIN THE TRANSCRIPTION OF ALL SEALED PROCEEDINGS.**

KATHERINE PAIZ GONZALEZ, by and through her appellate counsel of record, Katherine Alfieri, hereby requests that this Court issue the attached order permitting counsel to access and copy any and all sealed documents and request and be provided with the transcription of any and all sealed proceedings in the above captioned case.

The current docket reveals the following documents were entered under seal in this case:

| DATE | DOCKET # |
| --- | --- |
| 5.15.07 | 35,36 |
| 7.3.07 | 53,54,55,56,57 |
| 7.19.07 | 63,64 |
| 8.3.07 | 79,80,81,82 |
| 10.3.07 | 202 |
| 12.3.07 | 255 |
| 3.7.08 | 321,322 |

Further, portions of the following proceedings were transcribed and placed under seal:

| DATE | PROCEEDING | Court Reporter |
| --- | --- | --- |
| 10.3.07 | Post-Trial Hearing | Lydia Zinn |
| 3.25.08 | Post-Trial Hearing | Katherine Powell |

In order to provide appellant with effective assistance of appellate counsel, counsel must be provided with access to and copies of all sealed documents and transcripts.  Thus, it is respectfully requested that this Court issue the attached order.

DATED: 5-24-08                    RESPECTFULLY SUBMITTED:

_____
KATHERINE ALFIERI
Attorney for Appellant
KATHERINE PAIZ GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                CR-06-0710-WHA

    Plaintiff/Appellee,
v.

KATHERINE PAIZ GONZALEZ,

    Defendant/Appellant.
_____/

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that appellate counsel, Katherine Alfieri, shall be permitted full access to and permission to copy and possess any and all sealed documents in the above captioned case. Counsel is further authorized to order the transcript of and receive the transcription of any and all sealed proceedings in the above captioned case.

Counsel shall maintain the sealed nature of all materials unless otherwise directed by court order.

IT IS SO ORDERED.

DATED: June 4, 2008.

_____
THE HONORABLE WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE

Defendant Gonzalez has also filed a "response to def. Paiz's motion to access and copy all sealed documents and obtain the transcription of all sealed proceedings" (Dkt. No. 358). In the "response," Gonzalez requests "that he be provided the same accomodations." Because this is essentially an improperly-filed motion that did not allow for a full response from the government, it is stricken. Gonzalez may re-file the request with accompanying support, to which the government may respond.