Katherine Alfieri, Esq.
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone:    415.337.5100
Facsimile:    415.337.1177


Attorney For Defendant/Appellant
KATHERINE ELIZABETH PAIZ (GONZALEZ)


UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-0710-WHA |
| Plaintiff/Appellee, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE.** |
| KATHERINE PAIZ (GONZALEZ), | |
| Defendant/Appellant. | |

   Defendant KATHERINE PAIZ (GONZALEZ), by and through her counsel of record Katherine Alfieri, and the United States of America by and through Joseph P. Russoniello, United States Attorney for the Northern District of California, and Robert Rees, Assistant United States Attorney for said District, hereby jointly stipulate and agree that defendant/appellant KATHERINE PAIZ GONZALEZ may be released from home detention and electronic monitoring, although she shall nonetheless remain subject to GPS outside her residence at all times, on Friday, July 4, 2008, between the hours of 4:00 PM and 11:00 PM

for the purpose of attending her family barbecue at the home of her aunt Martha Fogerty, 480 Tennent Avenue, Pinole, CA.

Dated:  July 1, 2008                    RESPECTFULLY SUBMITTED:

<u>**Katherine Alfieri**</u>
KATHERINE ALFIERI
Cal. State Bar No. 132536
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone: 415.337.5100
Facsimile: 415.337.1177
E-Mail:    alfierilaw@yahoo.com


JOSEPH P. RUSSONIELLO
United States Attorney

<u>**Robert Rees**</u>
Robert Rees
Assistant United States Attorney
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7200
Facsimile:     (415) 436-7234
E-mail: robert.rees@usdoj.gov

**DECLARATION OF COUNSEL**

I, Katherine Alfieri, declare:

1. I am an attorney duly admitted to practice before this Court and I have been appointed to represent the defendant in this action.

2. AUSA Robert Rees has specifically agreed and stipulated to this modification.

3. A proposed order accompanies this stipulation.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters, I believe them to be true.

Executed on July 1, 2008 at San Francisco, CA.

<u>Katherine Alfieri</u>
KATHERINE ALFIERI
Cal. State Bar No. 132536
LAW OFFICES OF KATHERINE ALFIERI
P.O. Box 460238
San Francisco, CA  94146.0238
Telephone: 415.337.5100
Facsimile: 415.337.1177
E-Mail:    alfierilaw@yahoo.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    CR-06-0710-WHA

    Plaintiff/Appellee

v.

**ORDER**

KATHERINE PAIZ (GONZALEZ),

    Defendant/Appellant

_____/

GOOD CAUSE HAVING BEEN SHOWN, and upon stipulation of the parties, IT IS HEREBY ORDERED THAT defendant KATHERINE PAIZ (GONZALEZ) may be released from home detention and electronic monitoring on Friday, July 4, 2008, between the hours of 4:00 PM and 11:00 PM for the purpose of attending her family barbecue at the home of her aunt Martha Fogerty, 480 Tennent Avenue, Pinole, CA.

Defendant KATHERINE PAIZ GONZALEZ shall remain on GPS outside of her residence at all times.

IT IS SO ORDERED.

Dated: July 2, 2008.

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge

-4-