IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE PAIZ GONZALEZ,<br><br>Defendant.<br>_____/ | No. CR 06-00710 WHA<br><br>**ADVISORY OPINION RE SECTION 2255 FILING DATE** |

Defendant Paiz Gonzalez has requested clarification and confirmation of the filing deadline for her Section 2255 motion. Ordinarily, this is a calculation for counsel to make and not a matter for advisory opinions by the judge. Recognizing that this can only be an advisory opinion subject to revision upon argument from both sides, the following would seem to be correct: The Ninth Circuit denied defendant's direct appeal in this action and affirmed her convictions on June 30, 2009. The one-year limitation period for a Section 2255 motion began to run when the time for filing a writ of certiorari to the Supreme Court expired, in this instance on September 28, 2009. *See United States v. Aguirre-Ganceda*, 592 F.3d 1043 (9th Cir. 2010).

1  The deadline for defendant to file her timely Section 2255 motion is therefore September 27,
2  2010.

4  **IT IS SO ORDERED.**

6  Dated: June 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE