IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00710 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO SEAL SECTION 2255 MOTION AND TO SHOW CAUSE** |
| KATHERINE PAIZ GONZALEZ, | |
| Defendant. | |

  Defendant Katherine Paiz Gonzalez has lodged a timely motion to vacate, set aside, or correct her sentence (along with a supporting memorandum of points and authorities and exhibits) under seal, along with a motion to seal. She requests that the Section 2255 motion, and presumably all successive filings pertaining to the motion, be filed under seal because they extensively reference three documents that were filed under seal in her underlying criminal case. These documents include: (1) a declaration of Ms. Paiz's co-defendant and ex-husband, Mr. Gonzalez; (2) a declaration of Ms. Paiz's criminal defense counsel, Ms. Wilder; and (3) the transcript of court proceedings in which only the defendant and Ms. Wilder, but not the government, were present. These underlying documents were sealed because they concerned trial strategy and thus were not to be shared with the government preceding and in the midst of trial.

  We are no longer in trial. Ms. Paiz was convicted and now seeks to challenge that conviction. The government will respond. In order to do so, the government will have access to Ms. Paiz's motion and supporting exhibits, including the documents described above that

1  were formerly kept from it when filed under seal on the criminal docket. There is therefore no
2  basis to file the Section 2255 motion under seal.

3  Ms. Paiz's motion to file her Section 2255 motion under seal is therefore **DENIED**. The
4  clerk shall open a new civil case number for the motion, memorandum of points and authorities,
5  and exhibits. The clerk shall proceed with filing documents pertaining to Ms. Paiz's Section
6  2255 motion in her criminal case, 3:06-cr-00710-WHA-1, however. The dockets shall reflect
7  that the motion, memorandum of points and authorities, and exhibits were filed on September
8  21, 2010. The clerk shall serve this order upon defendant and the United States.

9  Finally, defendant's motion and case files do not "conclusively show" that she is not
10 entitled to relief. 28 U.S.C. 2255. The government is therefore ordered to show cause within
11 **60 DAYS** why the motion should not be granted, if that is its position, and to file then all portions
12 of the record previously transcribed and relevant to the motion. If the government opposes the
13 motion, defendant shall have **30 DAYS** from submission of the opposition to reply.

15 **IT IS SO ORDERED.**

17 Dated: September 27, 2010.

   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE