1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06 0710 WHA |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING TIME TO FILE ANSWERING BRIEF TO DECEMBER 10, 2010** |
| KATHERINE ELIZABETH PAIZ, | ) | |
| Defendant. | ) | |

The parties have stipulated to continue the time for the United States to file its answering brief in the above-captioned action from November 26, 2010, until January 17, 2011.

Good cause shown for a limited but not a lengthy extension, the government's answering brief is now due on December 10, 2010.

**IT IS SO ORDERED.**

DATED: November 22, 2010.

HON. WILLIAM ALSUP

United States District Judge