UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>       v.<br>KATHERINE ELIZABETH PAIZ,<br>    Defendant—Petitioner. | No. CR 06 0710 WHA<br><br>[PROPOSED] ORDER ISSUING SUBPOENAS |

On November 22, 2010, the United States filed a motion requesting that the Court issue a deposition subpoena pursuant to Federal Rule of Criminal Procedure 17(f). The Court finds that the government needs to review relevant portions of the underlying case file and to take the deposition of Nina Wilder in order effectively to respond to Paiz's §2255 motion. For good cause shown, the Court hereby orders that the attached deposition subpoena be issued. The Court further orders that Nina Wilder turn over the requested documents in the file in the above-captioned case pursuant to a mutually agreed upon schedule by the parties but no later than December 9, 2010 and that the deposition of Nina Wilder take place at a mutually agreeable time but no later than December 10, 2010 at the offices of

DEPOSITION ORDER, CR 06-710 WHA

1  the United States Attorney in San Francisco, California.

3      IT IS SO ORDERED.

6  DATED: November 23, 2010.

                                          HON. WILLIAM H. ALSUP
                                          United States District Judge

DEPOSITION ORDER, CR 06-710 WHA

# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA

v.

KATHERINE ELIZABETH PAIZ

SUBPOENA IN A CRIMINAL CASE

Case Number: CR 08-710 WHA

TO: Nina Wilder, Esq.
Office of the State Public Defender
221 Main St Ste 1000
San Francisco, CA 94105

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States Attorney's Office<br>450 Golden Gate Ave., 11th Floor<br>San Francisco, CA 94102 | COURTROOM |
| | DATE AND TIME<br>December 10, 2010 |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment A, attached hereto and incorporated by reference.  These documents to be produced by December 9, 2010.



U.S. MAGISTRATE JUDGE OR CLERK OF COURT
**RICHARD W. WIEKING**

DATE 11/22/2010

(By) Deputy Clerk

*Richard W. Wieking*

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
William Frentzen and Robert David Rees, AUSAs
450 Golden Gate Ave 11th Floor
San Francisco, CA 94102

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>YES　　NO　AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
　　　　　　　　DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

Submit　　Go

# ATTACHMENT A

Please produce any and all items which in any way refer or relate to the allegations of ineffective assistance of counsel by Nina Wilder set forth in the Petition for Writ of Habeas Corpus filed on September 29, 2010 in *United States v. Katherine Elizabeth Paiz*, CR 06-710 WHA. These items should include, but are not limited to, the following areas:

(1) any reports, documents, files, papers, contracts, notes, correspondence, memoranda, notations, receipts, billing records, and data (in whatever form or however stored) related to any discussion with Katherine Elizabeth Paiz or any other person concerning the anticipated testimony of Luis Alberto Gonzalez at her trial, including any changes thereto; and

(2) any reports, documents, files, papers, contracts, notes, correspondence, memoranda, notations, receipts, billing records, and data (in whatever form or however stored) related to any discussions with Katherine Elizabeth Paiz or any other person about whether to call Luis Alberto Gonzalez as a witness at her trial, the advantages and disadvantages in doing so, and whether the advantages and/or disadvantages of calling him as a witness changed over time.