1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   UNITED STATES OF AMERICA,                    No. CR 06-00710 WHA

11             Plaintiff,

12      v.                                        **REQUEST REGARDING
                                                  HEARING ON MOTIONS
13   KATHERINE ELIZABETH PAIZ,                    TO QUASH**

14             Defendant.

15   _____/

16         Having read the transcript of the deposition of Attorney Nina Wilder, and the comments

17   of counsel therein concerning Attorney Wilder's attendance at the hearing this Wednesday (*see*

18   Dkt. No. 429-1 at 19–20), it would be useful to the Court to have Attorney Wilder present at the

19   hearing, and thus her presence is requested.  The Clerk and counsel shall please notify Attorney

20   Wilder of this request.

21
22
23   Dated:  December 20, 2010.

24                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
25
26
27
28

*United States District Court*
For the Northern District of California