IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00710 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING MOTION SCHEDULE** |
| KATHERINE ELIZABETH PAIZ, | |
| Defendant. | |

The Court is concerned with the passage of time and risk that witnesses will assert failure of recollection. This is now exacerbated by the interlocutory appeal. Shouldn't a deposition of Ms. Paiz go forward soon without waiting for the outcome of the interlocutory appeal? The outcome of that appeal will not likely affect any issues concerning Ms. Paiz. How else can the delay occasioned by the interlocutory appeal be put to productive use?

The Court proposes the following schedule for the Section 2255 motion:

- All discovery must be completed by **JUNE 30, 2011**.

- All expert reports by defendant must be provided in full with all opinions and grounds therefor by **JUNE 30, 2011**, with opposition reports due by **JULY 15, 2011**. Defendant must serve any reply by **JULY 22, 2011**, limited to true reply and not simply new material that should have been in the opening report.

- The government's opposition to the Section 2255 motion is due on **AUGUST 4, 2011**. Defendant's reply is due on **AUGUST 25, 2011**.

- The evidentiary hearing, if one is required, will be **SEPTEMBER 19, 2011, AT 7:30 A.M.**, with a final prehearing conference on **SEPTEMBER 12, 2011**.

1  Discovery can proceed on other issues while the interlocutory appeal is pending and we can
2  hope the court of appeals will rule of the interlocutory appeal in time to make the above
3  schedule practical.
4  **COUNSEL SHALL COMMENT ON THE FOREGOING PROPOSAL BY NOON ON**
5  **WEDNESDAY, JANUARY 12, 2011**.

7  Dated: January 5, 2011.

   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE