United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   UNITED STATES OF AMERICA,                    No. CR 06-00710 WHA

11           Plaintiff,

12     v.                                          **ORDER REGARDING
                                                    MOTION SCHEDULE AFTER**
13   KATHERINE ELIZABETH PAIZ,                      **SUBMISSIONS OF COUNSEL**

14           Defendant.

15   _____/

16           Having reviewed the submissions in response to the order regarding motion schedule

17   (Dkt. No. 437), the Court will not set a motion schedule at this time.  It must be noted, however,

18   that some of the reasons stated by counsel are unpersuasive.  There is a continuing concern over

19   the passage of time and the risk that witnesses will assert a failure of recollection.  Upon whom

20   the burden of this failure of recollection will fall is not clear.  Both sides will have to make their

21   own assessments on this concern.  If either side chooses to press forward with discovery

22   pending the interlocutory appeal in order to minimize the risk of failure of recollection, the

23   Court will be sympathetic to that effort.  Pending the interlocutory appeal, however, the Court

24   will not require discovery to proceed (but will permit it).  After the decision by the court of

25   appeals on the interlocutory appeal, counsel shall notify the Court promptly, and a case

26   management schedule will then be set.

27

28   Dated:  January 12, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE