IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KATHERINE ELIZABETH PAIZ,

    Defendant.

No. CR 06-00710 WHA

**ORDER REGARDING REQUEST TO CONDUCT LIMITED DISCOVERY**

      Section 2255 counsel has filed a request for permission "to conduct limited to discovery on matters completely unaffected by the interlocutory appeal." Counsel provides no specifics whatsoever as to what these unaffected matters would be or what — practically — can be done now without complications given the matter on appeal. Counsel states no reason why this motion comes now, five months after the order being appealed by Mr. Gonzalez. Section 2255 counsel shall please file a revised submission by **FRIDAY, MAY 27, 2011**, in which counsel shall please be more specific as to what is being requested. The government may then respond by **JUNE 3, 2011**.

      **IT IS SO ORDERED.**

Dated: May 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE