IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00710 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING GOVERNMENT'S MOTION TO RECONSIDER, VACATING BRIEFING SCHEDULE ON DEGIDIO CLAIMS, AND GRANTING DEFENDANT'S "FIRST REQUEST FOR SPECIFIC DISCOVERY"** |
| KATHERINE ELIZABETH PAIZ, | |
| Defendant. | |

A recent order set a briefing schedule on the DeGidio claims raised by defendant Paiz's Section 2255 motion. The government moves for reconsideration of that order and requests that the briefing schedule be vacated, pending resolution of the appeal by defendant Gonzalez. Section 2255 counsel has responded, requesting that briefing be delayed but not vacated. Section 2255 counsel has concurrently submitted a "first request for specific discovery," requesting that she be allowed to propound a set of requests for admission to the government.

Given the complications apparent in proceeding on the current course — including the government's stated intention to take discovery on the DeGidio claims, the fact that one of government counsel is trying a months-long trial before the undersigned judge in another matter and the other government counsel is supervising much other work in his absence, and the fact that Section 2255 counsel is having shoulder surgery later this month, in addition to the pending appeal — the government's motion is **GRANTED**, and the briefing schedule

imposed in the order dated June 6 is **VACATED**.  We will move forward after the appeal.  In the meantime, this order sets a status conference for **AUGUST 9, 2011, AT 2:00 P.M.**

As to Section 2255 counsel's "first request for specific discovery" and the requests for admission enumerated therein, government counsel state they "believe[] [the set of requests for admission] is an appropriate discovery tool that may proceed pending the interlocutory appeal."  Therefore, defendant Paiz's submitted requests for admission ("set one") may be propounded to the government for response by **JULY 26, 2011**.

**IT IS SO ORDERED.**

Dated:  June 15, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

2