UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHERINE ELIZABETH PAIZ,<br><br>    Defendant. | No. CR 06 0710 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**HEARING TO AUGUST 16, 2011**<br><br>Hearing Date:  August 9, 2011<br>Hearing Time:  2:00PM<br>Court:  Hon. William H. Alsup |

The parties hereby stipulate and agree to continue the status hearing currently set for August 9, 2011 in the above-captioned matter by one week, to August 16, 2011 at 2:00PM.

Good cause for the requested continuance is that the United States has not yet responded to the Requests for Admission referred to in the Court's June 15, 2011 Order. The United States submits that this failure was based on good-faith misunderstanding and oversight, and by this Friday, August 12, 2011 will submit its responses to the Requests for Admission and a motion for the Court to accept those responses under Fed. R. Civ. P. 36(b) as necessary.  Accordingly, the parties submit that the hearing currently scheduled for August 9, 2011 at 2:00PM should be continued one week to August 16, 2011 at

STIPULATION AND ~~PROPOSED~~ ORDER, CR 06-710 WHA

2:00PM.

IT IS HEREBY STIPULATED.

DATED: August 8, 2011

MELINDA HAAG
United States Attorney

_____/s/_____
WILLIAM FRENTZEN
ROBERT DAVID REES
Assistant United States Attorneys

DATED: August 8, 2011

_____/s/_____
KATHERINE ALFIERI, ESQ.
Attorney for Katherine Elizabeth Paiz

IT IS HEREBY ORDERED.

DATED: August 8, 2011.

_____
HON. WILLIAM H. ALSUP
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER, CR 06-710 WHA