1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   ROBERT DAVID REES (CABN 229441)
5  Assistant United States Attorneys

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
7    Telephone: (415) 436-7210
     Facsimile: (415) 436-6753
8    E-mail:  robert.rees@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,       )   No. CR 06 0710 WHA
                                   )
14         Plaintiff,               )   STIPULATION AND [PROPOSED]
                                   )   ORDER CONTINUING STATUS
15         v.                       )   HEARING TO APRIL 24, 2012
                                   )
16 KATHERINE ELIZABETH PAIZ,       )   Hearing Date: April 17, 2012
                                   )   Hearing Time: 2:00PM
17         Defendant.               )   Court:  Hon. William H. Alsup
                                   )
18 ────────────────────────────────

19       The parties hereby stipulate and agree to continue the status hearing currently set
20 for April 17, 2012 in the above-captioned matter by one week, to April 24, 2012 at
21 2:00PM.
22       Good cause for the requested continuance is that the both of the undersigned
23 counsel for the United States are out of the district on April 17, 2012, and it would be the
24 preference of the parties for at least one of them to be available for the status conference
25 as it is expected that various case-related deadlines will be set.  On April 24, 2012, both
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER, CR 06-710 WHA

1  counsel will have returned to the district.

3  IT IS HEREBY STIPULATED.

5  DATED: April 13, 2012                    MELINDA HAAG
                                            United States Attorney

7                                            _____/s/_____
                                            WILLIAM FRENTZEN
8                                            ROBERT DAVID REES
                                            Assistant United States Attorneys

11 DATED: April 13, 2012                    _____/s/_____
                                            KATHERINE ALFIERI, ESQ.
12                                           Attorney for Katherine Elizabeth Paiz

14 IT IS HEREBY ORDERED.

16 DATED: April 16, 2012.                   _____
17                                           William Alsup
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ~~PROPOSED ORDER~~, CR 06-710 WHA