COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
JAY A. NELSON, No. 258431
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com
jay@colemanbalogh.com

Attorneys for Defendant
KATHERINE ELIZABETH PAIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 06 Cr. 710 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE |
| v. | |
| KATHERINE ELIZABETH PAIZ, | |
| Defendant. | Before the Honorable Laurel Beeler United States Magistrate Judge |

**STIPULATION**

WHEREAS: defendant Katherine Elizabeth Paiz has been released pending trial, and is currently limited to residing in the Northern District of California with her father, Chris Paiz;

WHEREAS: defendant's sister, Vickie Baccas, resides in the Eastern District of California and has maintained custody of Ms. Paiz's five year old son since the time of Ms. Paiz's original incarceration;

WHEREAS: Ms. Paiz is scheduled to proceed to trial on January 28, ~~2011~~ 2013;

WHEREAS: Pretrial Services Officer Timothy Elder has interviewed Ms. Baccas, has evaluated Ms. Paiz's request to relocate her residence to Ms. Baccas's residence, concurs in this Stipulation and [Proposed] Order, and has provided to the United States all necessary information regarding the proposed new residence; and

WHEREAS: the United States and defendant Paiz stipulate and agree that the terms and conditions of Ms. Paiz's pretrial release should be MODIFIED to permit Ms. Paiz to reside with her sister and her son pending trial;

IT IS HEREBY STIPULATED AND AGREED that the Court enter the [Proposed] Order and MODIFY the terms of Ms. Paiz's pretrial release to change her residence to Ms. Baccas's residence in the Eastern District of California and to substitute Vickie Baccas as the new third-party custodian of Ms. Paiz during the terms of Ms. Paiz's pretrial release.

IT IS SO STIPULATED.

DATED: November 26, 2012         /s/
                                 ETHAN A. BALOGH
                                 Attorneys for Defendant Katherine Elizabeth Paiz

DATED: November 26, 2012         /s/
                                 CYNTHIA FREY
                                 Assistant United States Attorney

**CERTIFICATION**

By presenting the signatures set forth above, the filing attorney hereby certifies that he has received written authorization to present this stipulation on behalf of both parties.

**[PROPOSED]** ORDER

Before the Court is the parties' Stipulation AND [Proposed] Order to Modify the Terms of Defendant's Pretrial Release. Based upon the foregoing Stipulation, and for good cause shown:

IT IS HEREBY ORDERED that the terms of Ms. Paiz's pretrial release are MODIFIED as follows:

1. Ms. Paiz may relocate her residence to the home of her sister, Vickie Baccas, in the Eastern District of California, pending trial in this case, and Ms. Paiz's travel is permitted within the Eastern District of California based on this new residential location; and

2. Ms. Baccas is hereby substituted as the third-party custodian over Ms. Paiz during Ms. Paiz's pretrial release in this case.

All other terms and conditions of Ms. Paiz's pretrial release remain in full effect.

IT IS SO ORDERED.

DATED: November 29, 2012

THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE