1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (DCBN 475889)
   Assistant United States Attorney
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Facsimile: (415) 436-7234
7     E-Mail: Cynthia.Frey@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. CR 06-0710 WHA
                                    )
14      Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO CONTINUE HEARING
15      v.                          )
                                    )   Current Hearing Date: February 12, 2013
16 KATHERINE ELIZABETH PAIZ,        )   Time: 2:00 p.m.
                                    )
17                                  )   Proposed Hearing Date: February 26, 2013
        Defendant.                  )   Time: 2:00 p.m.
18                                  )
                                    )
19

20      The above-captioned case is currently scheduled for sentencing on February 12, 2013 at

21 2:00 p.m. Due to scheduling conflicts of the government, the parties request a continuance of the

22 scheduled hearing to February 26, 2013, at 2:00 p.m. Counsel for the defendant and the

23 Probation Officer have agreed to the proposed continuance.

24      This request is made pursuant to Criminal Local Rule 32-2. Good cause exists for the

25 continuance of the hearing. Crim. L.R. 32-2(a) - (a)(1). Moreover, counsel for both parties and

26 the Probation Officer have conferred and confirmed their availability on February 26, 2013, at

27 2:00 p.m. Additionally, the Courtroom Deputy Clerk confirmed the Court's availability for that

28 date. Crim. L. R. 32-2(a)(2)-(3). A proposed order is attached hereto. Crim. L.R. 32-2(a)(4).

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
CR 06-0710 WHA                              1

SO STIPULATED:

                                MELINDA HAAG
                                United States Attorney

DATED: February 5, 2013            /S/
                                CYNTHIA M. FREY
                                Assistant United States Attorney

DATED: February 5, 2013            /S/
                                ETHAN A. BALOGH
                                Attorney for KATHERINE ELIZABETH PAIZ

For good cause shown and in accordance with Criminal Local Rule 32-2(a), the sentencing on this matter, now scheduled for February 12, 2013 at 2:00 p.m., is vacated. The hearing shall be continued to February 26, 2013 at 2:00 p.m.

IT IS SO ORDERED.

February 6, 2013.
DATED

                                HON. WILLIAM ALSUP
                                United States District Court Judge