**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KATHERINE PAIZ,

    Defendant.

/

No. CR 06-00710 WHA

**REQUEST FOR PROBATION
AND GOVERNMENT RESPONSE**

    Defendant Katherine Paiz has submitted a motion for early termination of supervised release. Probation and the government are requested to respond by **NOON ON MARCH 17, 2015.**

Dated: March 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE